U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 19-CR-20668-PCH

**UNITED STATES OF AMERICA**

v.

MYRICK LESLIE RUCKER  /
                  Defendant.

Inmate Name: MYRICK LESLIE RUCKER

Inmate #: Jail No. 190157924

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: ANY UNITED STATES MARSHAL, and

WARDEN, Metro West Detention Center

It appearing from the petition of the United States of America that the defendant in the above case, Myrick Leslie Rucker, Jail No. 190157924, YOB 1992 is confined in the Metro West Detention Center at 13850 NW 41st Street Miami, Florida 33178 and that this case is set for an Initial Appearance/Arraignment as to the defendant at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th floor Miami, Florida 33128, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Myrick Leslie Rucker, Jail No. 190157924, YOB 1992 now in custody as aforesaid, under safe and secure conduct, before this Court at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th floor Miami, Florida 33128 by or before, 1:30 P M., on November 1, 2019 for a Initial Appearance/Arraignment on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Metro West Detention Center at 13850 NW 41st Street Miami, Florida 33178 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, Florida, this 24th day of October, 2019

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (AUSA Scott Strauss )
    U.S. Marshal (3 certified copies)
    Chief Probation Officer