# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20668-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYRICK LESLIE RUCKER, JR.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 20], which was issued on December 4, 2019. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Myrick Leslie Rucker, Jr., be found to have freely and voluntarily entered a plea of guilty to Count 1 of the Indictment, which charges the Defendant with conspiracy to commit access device fraud in violation of Title 18, United States Code, Section 1029(b)(2); Count 2, which charges the Defendant with use of one or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(2); and Counts 3, 4, and 5, which each charge the Defendant with aggravated identity theft in violation of Title 18, United States Code, Section 1028A(a)(1). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. No objections were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 20] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of the counts in the Indictment. A sentencing hearing has been set before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, February 14, 2020, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on December 19, 2019.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services